NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Appellants*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CHAR-BROIL, LLC, OUTDOOR LEISURE PRODUCTS, INC.,**
*Intervenors*

**OUTDOOR DIRECT CORPORATION,**
*Third-Party*

---

2015-1494

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

---

**JUDGMENT**

---

ROBERT J. CARLSON, Lee & Hayes PLLC, Seattle, WA, argued for appellants. Also represented by LANCE DONALD

REICH, KEVIN EDWARD REGAN, Han Santos Reich PLLC, Seattle, WA.

CATHY CHEN, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for intervenor Char-Broil, LLC. Also represented by WARREN JAMES THOMAS.

MICHAEL R. DZWONCZYK, Sughrue Mion PLLC, Washington, DC, for intervenor Outdoor Leisure Products, Inc. Also represented by MARK BOLAND, BRIAN K. SHELTON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 9, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |